■ ABRAHAM SEIF, Respondent, v. CANTOR, FITZGERALD & Co., INC., Appellant.— Order, Supreme Court, New York County, entered on May 30, 1972, unanimously reversed, on the law, defendant-appellant's motion to dismiss the complaint granted, and plaintiff-respondent's cross motion for leave to serve an amended complaint denied. Appellant shall recover of respondent $60 costs and disbursements of this appeal. The original complaint sought a finder's

656

fee in connection with the obtaining of a loan. The complaint was based on an alleged oral agreement and therefore dismissible (§ 5–701, subd. 10, General Obligations Law). The proposed amended complaint recited the identical transaction, merely changing the label in attempted avoidance of the Statute of Frauds by terming the transaction a joint venture. Special Term permitted the amendment, leaving an application to dismiss for consideration in a possible future motion. The proposed amended complaint did not even come up to minimal standards for consideration as such; it neither supplied the deficiencies in the original complaint nor satisfied the requirement that it be accompanied by proof showing good ground to support its allegations. (See *Cushman & Wakefield* v. *John David, Inc.*, 25 A D 2d 133.) Concur — Stevens, P. J., McGivern, Markewich, Kupferman and Steuer, JJ.